IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

Russell L. Lichtenstein, Esquire
4996
COOPER LEVENSON APRIL NIEDELMAN
& WAGENHEIM, P.A.
A Professional Association
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08404-1125
(609) 344-3161
File No.: 36,700.269
Attorneys for defendant Trump Plaza Associates d/b/a Trump Plaza Hotel and Casino

| | |
|---|---|
| CAMILLE LAVINGTON,<br>　　　　　　　　　　　Plaintiffs<br>v.<br>TRUMP PLAZA ASSOCIATES d/b/a TRUMP PLAZA HOTEL AND CASINO,<br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO: 04 CV 2156 (FLW)<br><br>**STIPULATION OF DISMISSAL** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice without costs against either party.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

BY _____
Joel Chipkin, Esquire
Attorneys for Defendant, Trump Plaza Associates d/b/a Trump Plaza Hotel and Casino

Dated: 2/6/07

D'AMATO & D'AMATO

BY: _____
Paul R. D'Amato
Attorneys for Plaintiff, Camille Lavington